ALEXEI SCHACHT
*Attorney at Law*
123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net
www.schachtlaw.net

August 24, 2022

<u>**Filed Via ECF**</u>
The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: United States v. Frederick Duarte
      22 CR 253 (NRB)

Dear Judge Buchwald:

  This law firm represents the defendant, Frederic Duarte. As your Honor is aware my client is currently on bail, with electronic monitoring, and is under the supervision of the Pretrial Services Office. He may not travel out of New York.

  With this letter, I apply to modify Mr. Duarte's bail conditions to permit him to travel on September 3, 2022, in the morning, to East Hartford, Connecticut to spend the weekend with his sister. He would return home on the night of September 5, 2022. Prior to leaving he would inform his pre-trial services supervisor of his sister's address where he will be staying, and they would agree upon the exact timing of departure and return. Neither the Government nor pre-trial services oppose this request.

  Thank you for your time and consideration.

Respectfully submitted,

Alexei Schacht

```
Application granted.
SO ORDERED.

       [signature]
  NAOMI REICE BUCHWALD
  UNITED STATES DISTRICT JUDGE
Dated:  New York, New York
        August 25, 2022
```