**ALEXEI SCHACHT**
*Attorney at Law*
123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net
www.schachtlaw.net

January 9, 2023

**Filed Via ECF**
The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Frederick Duarte**
             22 CR 253 (NRB)

Dear Judge Buchwald:

This law firm represents the defendant, Frederic Duarte. As your Honor is aware my client is currently on bail, with electronic monitoring, and is under the supervision of the Pretrial Services Office. He may not travel out of New York.

With this letter, I apply to modify Mr. Duarte's bail conditions to permit him to travel from January 14 to January 15, 2023, for one night, to his sister's home in Connecticut as she has surgery scheduled on the 14th. Should your Honor approve this request then prior to leaving he would inform his pre-trial services supervisor of his sister's name, address and telephone number, and they would agree upon the exact timing of departure and return. The Government defers to pre-trial about this request and pre-trial consents to it.

Thank you for your time and consideration.

                                                Respectfully submitted,

                                                Alexei Schacht

*Handwritten annotation: "Application granted. /s/ Naomi Reice Buchwald, USDJ 1/10/23"*