**ALEXEI SCHACHT**
*Attorney at Law*
123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net
www.schachtlaw.net

January 30, 2023

***Filed Via ECF***
The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Frederick Duarte**
              **22 CR 253 (NRB)**

Dear Judge Buchwald:

This law firm represents the defendant, Frederic Duarte. As your Honor is aware there is presently a conference scheduled for February 2, 2023. I write on behalf of the defendant and the Government to jointly request a 60-day adjournment of that conference as the parties are actively engaged in plea discussions and need more time to complete these talks.

Should the Court grant the adjournment request my client will waive his right to a speedy trial under the Speedy Trial Act until the next court date.

Thank you for your time and consideration.

                                          Respectfully submitted,

                                          Alexei Schacht

cc:     All counsel of record by ECF

---

*Handwritten annotations by the Court:*

The conference is adjourned until April 6, 2023 at 11 a.m. Speedy trial time excluded. 18 U.S.C. § 3161 (h)(7)(a).

Naomi Reice Buchwald, USDJ
1/31/23