ALEXEI SCHACHT
*Attorney at Law*
123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net
www.schachtlaw.net

March 31, 2023

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  **Re: United States v. Frederick Duarte, 22 CR 253 (NRB)**

Dear Judge Buchwald:

  This law firm represents the defendant, Frederic Duarte. As your Honor is aware my client is currently on bail, with electronic monitoring, and is under the supervision of the Pretrial Services Office. He may not travel out of New York.

  With this letter, I apply to modify Mr. Duarte's bail conditions in two ways. First, to have the electronic monitoring portion of his bail eliminated, and second, to permit him to travel from April 8 to April 10, 2023, to be with family members in New Jersey for the weekend. Should your Honor approve this request then prior to leaving he would inform his pre-trial services supervisor of his sister's name, address and telephone number, and they would agree upon the exact timing of departure and return. The Government and Pre-trial Services consent to these two modifications.

  Finally, my client has a court date on April 6, 2023, and the parties wish to adjourn that date for about 60 days in order to try to reach a resolution short of

1

trial. We consent to the exclusion of time under the Speedy Trial Act should the Court grant the adjournment.

Thank you for your time and consideration.

Respectfully submitted,

Alexei Schacht

Application granted in all respects.  The status conference is adjourned until June 6, 2023 at 12:30 p.m.  Speedy trial time is excluded until then pursuant to 18 U.S.C. 3161 § (h)(7)(A).
**SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          April 3, 2023