**ALEXEI SCHACHT**
*Attorney at Law*
123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net
www.schachtlaw.net

May 5, 2026

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  **Re: United States v. Frederick Duarte, 22 CR 253 (NRB)**

Dear Judge Buchwald:

  This law firm represents the defendant, Frederic Duarte. As your Honor is aware my client is currently serving a sentence of 5 years of supervised release. He recently asked his supervising officer if he could go on a family vacation to Mexico with his family from July 11-16, 2026. His officer told him that the Probation Department does not object but that only the Court could approve such a trip outside of the country. As such, I now seek that permission from your Honor. Should the Court approve this request my client will inform the officer of the details of exactly where he will stay.

  Thank you for your time and consideration.

       Respectfully submitted,

       Alexei Schacht

Application granted.
**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
   May 7, 2026